**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| H. RAYMOND SOLK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUFFALO ACADEMY OF SCIENCE,<br><br>Defendants. | Civil Action No.: 08-1653 (JLL)<br><br>**ORDER ADOPTING**<br>**AUGUST 28, 2009**<br>**REPORT AND RECOMMENDATION** |

This Court referred Defendant's motion to dismiss the Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction to the Honorable Claire C. Cecchi, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Cecchi filed a Report and Recommendation in connection with Defendant's motion on August 28, 2009. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

IT IS on this 15th day of September, 2009,

**ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi filed on August 28, 2009 [CM/ECF No. 16] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant's motion to dismiss the Complaint [CM/ECF Docket Entry No. 12] is hereby **GRANTED.**

**IT IS SO ORDERED.**

José L. Linares
United States District Judge